WILLIAM A. TORGERSON *v.* KEVIN J. KENNY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 97 Conn. App. 609 (AC 25919), is denied.

*Joshua A. Winnick,* in support of the petition.

*Thomas E. Crosby,* in opposition.

Decided January 30, 2007

JENNIFER BARTISS-EARLEY *v.* DURKIN VILLAGE PLAINVILLE, LLC, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 27631) is denied.

*William T. Barrante,* in support of the petition.

*Leslee B. Hill, Robert A. Ziegler* and *Jeffrey M. Knickerbocker,* in opposition.

Decided January 30, 2007

STATE OF CONNECTICUT *v.* JAMES GLENN

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 719 (AC 25794), is denied.

*James B. Streeto,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided February 8, 2007